

# NUMBER 13-23-00171-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAMES HOLT,                                                                                Appellant,

v.

ADRIANA DIAZ,                                                                              Appellee.

## On appeal from the County Court at Law No. 5
## of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Tijerina, Silva, and Peña
### Memorandum Opinion by Justice Silva

On May 3, 2023, appellant filed a notice of appeal. On May 3, 2023, the Clerk of the Court notified appellant that his notice of appeal was not in compliance with the Texas Rule of Appellant Procedure 9.1(b), 9.5, and 25.1(d)(1), (2), (3), (4).

On June 13, 2023, the Clerk of this Court notified appellant the appeal was subject to dismissal if an amended, compliant notice of appeal was not filed within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3(b), (c).

Appellant has not cured the defective notice of appeal, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
20th day of July, 2023.

2